IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                    CASE NO. 5:23-CR-50054-003

CLAUDE DUKES, JR.                                                            DEFENDANT

## ORDER

On the 29th day of July, 2024, this matter came before the Court for a trial to a duly qualified and selected jury consisting of twelve members. After approximately two-and one-half days of trial, the jury was instructed on applicable law and the case was submitted to the jury, whereupon the jury retired to deliberate its verdict. On August 1, 2024, the jury returned to open court and delivered its verdicts.

The jury unanimously found the Defendant, Claude Dukes, Jr., guilty on the charge of Conspiracy to Distribute a Mixture or Substance Containing Fentanyl, as charged in Count One of the Superseding Indictment. The jury, however, was unable to reach a unanimous verdict on Count Two, which charged Mr. Dukes with Aiding and Abetting in the Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl.

"If the jury cannot agree on a verdict on one or more counts, the court may declare a mistrial on those counts." Fed. R. Crim. P. 31(b)(3). Accordingly, the Court declared a mistrial from the bench under Rule 31(b)(3), reasoning that given the length of the deliberations and the Court's interactions with the jury—including giving an Allen charge—it would not be fruitful for the jury to continue deliberations.

Even where "the jury cannot agree on all counts as to any defendant, the jury may return a verdict on those counts on which it has agreed." Fed. R. Crim. P. 31(b)(2). Thus,

the Court received the jury's unanimous verdict of guilty as to Count One. The Court then polled the jurors, which confirmed the unanimity of their verdict. Fed. R. Crim. P. 31(d).

**IT IS THEREFORE ORDERED** that a mistrial be declared on Count Two pursuant to Rule 31(b)(3) and that the jury's verdict of guilty as to Count One be accepted under Rule 31(b)(2).

**IT IS SO ORDERED** on this 6th day of August, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE